# Russell T. Neufeld
Attorney at Law

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

July 26, 2021

Re: *United States v. Da'Quan Johnson*

14-cr-476 (CS)

> Reimbursement for copy expenses approved.
>
> Although I appreciate Mr. Neufeld's diligence in assisting his former client, in the future it would be better to inquire as to what sort of relief the client believes he might seek and zero in on what documents might be necessary for that process, rather than copying 44,000 pages of discovery, most (if not all) of which will be irrelevant.
>
> SO ORDERED.
>
> *Cathy Seibel*     8/4/21
> CATHY SEIBEL, U.S.D.J.

Dear Judge Seibel:

This letter is in support of my request for reimbursement for providing my former client, Da'Quan Johnson with hard copies of [discovery]. Johnson contacted me last month from USP Hazelton, where he is [serving the sentence] imposed by the Court. He stated that following a sweep of inmate cells, the DVDs containing his discovery had been seized and not returned to him because the prison authorities had lost them. He requested that I send him hard copies of the discovery, both because he was concerned that if I sent him new DVDs, the same thing would happen again and because the very limited access afforded inmates to use computers to view their files greatly hampered his ability to reasonably read through his voluminous discovery. He stated that he wished to review the materials in support of a possible post-conviction submission.

In recognition of my ethical obligation to provide Mr. Johnson with his case file materials, I had them printed and mailed to him. I am not requesting payment for my services in this regard, but only for reimbursement for my expenses of $2814.13 for printing and shipping. I have attached the receipt for the expenses. Please contact me if you have any questions regarding my request. I can best be reached at my cell phone (718-812-8807) or the below e-mail address.

Respectfully submitted,

*Russell T. Neufeld*

Russell T. Neufeld

99 Hudson Street • 8th Floor • New York, NY 10013 • Tel. 646-613-8359 • Fax: 212-965-9084 • rneufeld@neufeldlawoffice.com